HERMAN L. SVIRIDOW, Trading, etc., v. ABEL GOTTHEIMER, Impleaded, etc.—

Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.